# United States District Court

WESTERN DISTRICT OF WASHINGTON

DIANA K. THOMPSON,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

Case No. 3:09-CV-05792 RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation is **ADOPTED**;

(2) The ALJ erred in her decision as described in the Report and Recommendation; and

(3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

|  |  |
|---|---|
| February 18, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk